7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*
*Debtor*

*Bankruptcy Case No.*

   Plaintiff(s)

*Adversary Case No.*
08−20466−drd7

v.

   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Creditors Motion for Entry of a Money Judgment be GRANTED in favor of creditor David Duvall and against debtor James Maxey in the amount of $15,750.00

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 11/24/14

Court to serve