2jgmtbk (6/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| James Ray Maxey<br>    Debtor(s) | ) <br> ) Case No.: 08−20466−drd7<br> )<br> )<br> )<br> )<br> ) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: Judgment in favor of creditor David Duvall and against debtor James Maxey in the amount of $15,750.00.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 11/25/14

Court to serve